■ JONATHAN R. KETTERER, Respondent, v LAKE HEIGHTS APARTMENTS, L.P., et al., Appellants. [706 NYS2d 659] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, O'Donnell, J. (Appeal from Order of Supreme Court, Erie County, O'Donnell, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Green, Pine, Hayes and Hurlbutt, JJ.